[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Greater Dayton Regional Transit Auth. v. State Emp. Relations Bd.,* Slip Opinion No. 2016-Ohio-7559.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-7559

GREATER DAYTON REGIONAL TRANSIT AUTHORITY, APPELLANT, *v.* STATE EMPLOYMENT RELATIONS BOARD ET AL., APPELLEES.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Greater Dayton Regional Transit Auth. v. State Emp. Relations Bd.,* Slip Opinion No. 2016-Ohio-7559.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2015-1205—Submitted August 17, 2016—Decided November 2, 2016.)

APPEAL from the Court of Appeals for Franklin County,

No. 14AP-876, 2015-Ohio-2049.

_____

{¶ 1} The cause is dismissed as having been improvidently accepted.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, and O'NEILL, JJ., concur.

KENNEDY and FRENCH, JJ., dissent.

_____

Baker & Hostetler, L.L.P., Ronald G. Linville, Jennifer E. Edwards, and Jeremiah L. Hart, for appellant.

Michael DeWine, Attorney General, Eric E. Murphy, State Solicitor, Michael J. Hendershot, Chief Deputy Solicitor, and Michael D. Allen and Lori Friedman, Assistant Attorneys General, for appellee State Employment Relations Board.

Jubelirer, Pass & Intrieri, P.C., and Joseph S. Pass; and Kalniz, Iorio & Feldstein Co., L.P.A., and Christine A. Reardon, for appellee Amalgamated Transit Union, Local 1385.

Fishel Hass Kim Albrecht, L.L.P., and Marc A. Fishel, urging reversal for amicus curiae Ohio Public Transit Association.

Duckett Law Firm, L.L.C., and Douglas E. Duckett, urging reversal for amicus curiae Ohio Public Employer Labor Relations Association.

_____